In the Matter of GERARD BLASICH, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted January 25, 2010; decided March 30, 2010

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

---

In the Matter of the Claim of JENNIFER DOMENICO, Appellant, v UNITED WAY et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted February 8, 2010; decided March 30, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.